## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| EDWARD GRAZIANO, | : | No. 17 EAP 2019 |
| | : | |
| Appellant | : | Appeal from the Order of |
| | : | Commonwealth Court dated May 13, |
| | : | 2019 exited May 13, 2019 at No. 28 |
| v. | : | MD 2019. |
| | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, | : | |
| | : | |
| Appellee | : | |

## <u>ORDER</u>

**PER CURIAM**                                                    **DECIDED:  April 22, 2020**

   **AND NOW,** this 22nd  day of April , 2020, the order of the Commonwealth Court is

**AFFIRMED**.   Appellant's Motion for Leave to [File] Reply Brief Nunc Pro Tunc is

**GRANTED**.